# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-CV-357-FDW-DCK

| | |
|---|---|
| ANTOINETTE L. TIMS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CAROLINAS HEALTHCARE SYSTEM, d/b/a<br>CHARLOTTE OB & GYN ASSOCIATES –<br>ARBORETUM, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification Of ADR Session" (Document No. 18) notifying the Court that the parties reached a settlement on May 19, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 19, 2014**

Signed: May 28, 2014

David C. Keesler
United States Magistrate Judge